# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                §
                                      §
BOATENG, AGNES S                      §     Case No. 11-05433
                                      §
              Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-05433 ERW Judge: EUGENE R. WEDOFF | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | BOATENG, AGNES S | Date Filed (f) or Converted (c): | 02/14/11 (f) |
| | | 341(a) Meeting Date: | 03/24/11 |
| For Period Ending: | 09/22/11 | Claims Bar Date: | 07/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real estate located at 14729 Wincheste | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Residential real estate located at 11925 S Prairie | 110,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Chase | 22.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Chase | 30.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with TCF | 500.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with TCF | 440.00 | 0.00 | | 0.00 | FA |
| 7. Savings account with TCF | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10. Life Insurance through Bankers Life and Casualty C | 0.00 | 0.00 | | 0.00 | FA |
| 11. IRA through Country Financial | 9,705.07 | 0.00 | | 0.00 | FA |
| 12. 2009 Chevy Malibu 32,000 miles Value per Kelley Bl | 9,045.00 | 7,500.00 | | 7,500.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.28 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $212,042.07 | $7,500.00 | | $7,500.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee demanded that debtor provide an appraisal of vehicle which proved to be in excess of scheduled value. Trustee old his interest in vehicle to relative of debtor for $7,500.00. Setllement was completed and court approved on 08/10/11.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-05433 -ERW | | Trustee Name: | Robert B. Katz |
| Case Name: | BOATENG, AGNES S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2224 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8950 | | | |
| For Period Ending: | 09/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/11 | 12 | Agnes Boateng 850 W. Eastwood Apt. 702 Chicago, IL 60640 | | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/09/11 | 12 | Agnes Boateng | | 1129-000 | 2,000.00 | | 7,000.00 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 7,000.05 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,000.11 |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,000.17 |
| 08/09/11 | 12 | Agnes Boateng | | 1129-000 | 500.00 | | 7,500.17 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,500.24 |
| 09/21/11 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 7,500.28 |
| 09/21/11 | | Transfer to Acct #*******2376 | Final Posting Transfer | 9999-000 | | 7,500.28 | 0.00 |

| | COLUMN TOTALS | 7,500.28 | 7,500.28 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 7,500.28 | |
| | Subtotal | 7,500.28 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 7,500.28 | 0.00 | |

Page Subtotals 7,500.28 7,500.28

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.02b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-05433 -ERW | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | BOATENG, AGNES S | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2376 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8950 | | |
| For Period Ending: | 09/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/11 | | Transfer from Acct #*******2224 | Transfer In From MMA Account | 9999-000 | 7,500.28 | | 7,500.28 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,500.28 | 0.00 | 7,500.28 |
| Less: Bank Transfers/CD's | 7,500.28 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******2224 | 7,500.28 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******2376 | 0.00 | 0.00 | 7,500.28 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,500.28 | 0.00 | 7,500.28 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz    Date: 09/21/11
ROBERT B. KATZ

Page Subtotals    7,500.28    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 11-05433 | | Page 1 | | Date: September 16, 2011 |
| Debtor Name: | BOATENG, AGNES S | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054 | Unsecured | | $5,315.01 | $0.00 | $5,315.01 |
| 000002 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054 | Unsecured | | $4,672.26 | $0.00 | $4,672.26 |
| 000003 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054 | Unsecured | (3-1) Modified on 5/4/11 to correct creditor address (GB). | $755.07 | $0.00 | $755.07 |
| 000004 070 7100-00 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | Unsecured | | $1,559.93 | $0.00 | $1,559.93 |
| 000005 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,278.93 | $0.00 | $1,278.93 |
| 000006 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,383.22 | $0.00 | $2,383.22 |
| 000007 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,277.37 | $0.00 | $4,277.37 |
| 000008 070 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $5,106.26 | $0.00 | $5,106.26 |
| 000009 070 7100-00 | US Bank N.A.<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201-5229 | Unsecured | (9-1) unsecured cc 1970 | $5,019.10 | $0.00 | $5,019.10 |
| 000010 070 7100-00 | ELAN FINANCIAL SERVICES<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201-5229 | Unsecured | (10-1) unsecured cc 5761 | $2,390.10 | $0.00 | $2,390.10 |
| 000011 070 7100-00 | Sallie Mae Inc., on behalf of the<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Unsecured | | $5,654.61 | $0.00 | $5,654.61 |
| 000012 070 7100-00 | US BANK N A<br>POB 5229<br>CINCINNATI, OH 45201 | Unsecured | (12-1) Credit Card 5165<br>(12-1)<br>Modified on 7/15/11 to correct creditor address (GB). | $11,004.15 | $0.00 | $11,004.15 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 11-05433 | | Page 2 | | | Date: September 16, 2011 |
| Debtor Name: | BOATENG, AGNES S | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $49,416.01 | $0.00 | $49,416.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-05433  
Case Name: BOATENG, AGNES S  
Trustee Name: Robert B. Katz

      Balance on hand                                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses           $_____

    Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054 | $ | $ | $ |
| 000003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054 | $ | $ | $ |
| 000004 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 | $ | $ | $ |
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000009 | US Bank N.A. Bankruptcy Department POB 5229 Cincinnati, OH 45201-5229 | $ | $ | $ |
| 000010 | ELAN FINANCIAL SERVICES Bankruptcy Department POB 5229 Cincinnati, OH 45201-5229 | $ | $ | $ |
| 000011 | Sallie Mae Inc., on behalf of the Department of Education P.O. Box 740351 Atlanta, GA 30374-0351 | $ | $ | $ |
| 000012 | US BANK N A POB 5229 CINCINNATI, OH 45201 | $ | $ | $ |

Total to be paid to timely general unsecured creditors                    $_____

Remaining Balance                                                        $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE