UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
        §
BOATENG, AGNES S   §   Case No. 11-05433
        §
    Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/14/2011 in Courtroom 744,
United States Courthouse
219 S. Dearborn
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOATENG, AGNES S § Case No. 11-05433
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.28 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,500.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz | $ 1,500.03 | $ 0.00 | $ 1,500.03 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,500.03 |
| Remaining Balance | | $ | 6,000.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,416.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,315.01 | $ 0.00 | $ 645.37 |
| 000002 | Discover Bank | $ 4,672.26 | $ 0.00 | $ 567.32 |
| 000003 | Discover Bank | $ 755.07 | $ 0.00 | $ 91.68 |
| 000004 | Commerce Bank | $ 1,559.93 | $ 0.00 | $ 189.41 |
| 000005 | Chase Bank USA, N.A. | $ 1,278.93 | $ 0.00 | $ 155.29 |
| 000006 | Chase Bank USA, N.A. | $ 2,383.22 | $ 0.00 | $ 289.38 |
| 000007 | Chase Bank USA, N.A. | $ 4,277.37 | $ 0.00 | $ 519.37 |
| 000008 | Capital One Bank (USA), N.A. | $ 5,106.26 | $ 0.00 | $ 620.02 |
| 000009 | US Bank N.A. | $ 5,019.10 | $ 0.00 | $ 609.44 |
| 000010 | ELAN FINANCIAL SERVICES | $ 2,390.10 | $ 0.00 | $ 290.21 |
| 000011 | Sallie Mae Inc., on behalf of the | $ 5,654.61 | $ 0.00 | $ 686.60 |
| 000012 | US BANK N A | $ 11,004.15 | $ 0.00 | $ 1,336.16 |

Total to be paid to timely general unsecured creditors $ 6,000.25

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-05433-ERW
Agnes S Boateng                                                         Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: gbeemster              Page 1 of 2              Date Rcvd: Oct 19, 2011
                               Form ID: pdf006              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2011.
db         +Agnes S Boateng,    850 W Eastwood St,    Apt 702,   Chicago, IL 60640-6674
16806599   +American Home Mortgage Service,    PO Box 619063,    Dallas, TX 75261-9063
17293391    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
             Oklahoma City, OK 73124-8839
16806602   +Carson Pirie Scott,    PO Box 10298,   Jackson, MS 39289-0298
16806603   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17275502    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16806604   +Chela,   Attn: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
16806605   +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
16806606   +City of Chicago,    Department of Water Management,    PO Box 6330,   Chicago, IL 60680-6330
16806609   +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
16806610   +GMAC Mortgage,    Attn: Bankruptcy Dept,    500 Enterprise Rd  Suite 150,    Horsham, PA 19044-3503
16806611   +Home Comings Financial,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
             Fort Washington, PA 19034-3204
16806612   +Macys/fdsb,    Macy's Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053
16806613   +Messerli & Kramer PA,    3033 Campus Dr,   Suite 250,    Minneapolis, MN 55441-2662
16806614   +Ocwen Loan Services,    PO Box 740616,   Atlanta, GA 30374-0616
16806615   +Rbs Citizens Na,    1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
17525810    Sallie Mae Inc., on behalf of the,    Department of Education,    P.O. Box 740351,
             Atlanta, GA 30374-0351
16806616   +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
17517784  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   ELAN FINANCIAL SERVICES,     Bankruptcy Department,    POB 5229,
             Cincinnati, OH 45201-5229)
17537579  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US BANK N A,    POB 5229,   CINCINNATI, OH 45201)
16806617  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 790408,   Saint Louis, MO 63179)
17517781  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank N.A.,    Bankruptcy Department,    POB 5229,
             Cincinnati, OH 45201-5229)
16806618  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,   Fargo, ND 58125)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16806601   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2011 03:14:13      Capital One, N.a.,
             C/O American Infosource,    Po Box 54529,   Oklahoma City, OK 73154-1529
17242375    E-mail/Text: bankruptcy@commercebank.com Oct 20 2011 01:21:35      Commerce Bank,    P O BOX 419248,
             KCREC-10,   Kansas City, MO 64141-6248
16806607   +E-mail/Text: bankruptcy@commercebank.com Oct 20 2011 01:21:35      Commerce Bk,   911 Main St,
             Kansas City, MO 64105-2009
17221159   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2011 03:04:24      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
16806608   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2011 03:04:24      Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16806600   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster            Page 2 of 2              Date Rcvd: Oct 19, 2011
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2011**                     **Signature:**   *Joseph Speetjens*