UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BOATENG, AGNES S § Case No. 11-05433
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Robert B. Katz, Trustee_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Home Mortgage Service PO Box 619063 Dallas, TX 75261 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage Attn: Bankruptcy Dept 500 Enterprise Rd Suite 150 Horsham, PA 19044 | | | | | |
| | Ocwen Loan Services PO Box 740616 Atlanta, GA 30374 | | | | | |
| | Specialized Loan Servi 8742 Lucent Blvd Highlands Ranch, CO 80129 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Carson Pirie Scott PO Box 10298 Jackson, MS 39289 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | City of Chicago Department of Water Management PO Box 6330 Chicago, IL 60680 | | | | | |
| | Commerce Bk 911 Main St Kansas City, MO 64105 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Elan Financial Service 777 E Wisconsin Ave Milwaukee, WI 53202 | | | | | |
| | Home Comings Financial Attention: Bankruptcy Dept 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Messerli & Kramer PA 3033 Campus Dr Suite 250 Minneapolis, MN 55441 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 790408 Saint Louis, MO 63179 | | | | | |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000004 | COMMERCE BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000010 | ELAN FINANCIAL SERVICES | | | | | |
| 000011 | SALLIE MAE INC., ON BEHALF OF THE | | | | | |
| 000012 | US BANK N A | | | | | |
| 000009 | US BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-05433 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | BOATENG, AGNES S | | | Date Filed (f) or Converted (c): | 02/14/11 (f) |
| | | | | 341(a) Meeting Date: | 03/24/11 |
| For Period Ending: | 02/12/13 | | | Claims Bar Date: | 07/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real estate located at 14729 Wincheste | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. Residential real estate located at 11925 S Prairie | 110,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with Chase | 22.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with Chase | 30.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with TCF | 500.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with TCF | 440.00 | 0.00 | | 0.00 | FA |
| 7. Savings account with TCF | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10. Life Insurance through Bankers Life and Casualty C | 0.00 | 0.00 | | 0.00 | FA |
| 11. IRA through Country Financial | 9,705.07 | 0.00 | | 0.00 | FA |
| 12. 2009 Chevy Malibu 32,000 miles Value per Kelley Bl | 9,045.00 | 7,500.00 | | 7,500.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.28 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $212,042.07 | $7,500.00 | | $7,500.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee disbursed funds to creditors in 2011; await checks to clear bank to allow filing of TFA.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.01

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05433 -ERW | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | BOATENG, AGNES S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2224 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8950 | | | |
| For Period Ending: | 02/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/11 | 12 | Agnes Boateng<br>850 W. Eastwood<br>Apt. 702<br>Chicago, IL 60640 | | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/09/11 | 12 | Agnes Boateng | | 1129-000 | 2,000.00 | | 7,000.00 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 7,000.05 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,000.11 |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,000.17 |
| 08/09/11 | 12 | Agnes Boateng | | 1129-000 | 500.00 | | 7,500.17 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,500.24 |
| 09/21/11 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 7,500.28 |
| 09/21/11 | | Transfer to Acct #*******2376 | Final Posting Transfer | 9999-000 | | 7,500.28 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 7,500.28 | 7,500.28 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,500.28 | |
| Subtotal | 7,500.28 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.28 | 0.00 | |

Page Subtotals  7,500.28  7,500.28

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-05433 -ERW | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | BOATENG, AGNES S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2376  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8950 | | | |
| For Period Ending: | 02/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/11 | | Transfer from Acct #*******2224 | Transfer In From MMA Account | 9999-000 | 7,500.28 | | 7,500.28 |
| 12/15/11 | 000101 | ROBERT B. KATZ  53 W. Jackson  Suite 1320  Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.03 | 6,000.25 |
| 12/15/11 | 000102 | Discover Bank  DB Servicing Corporation  PO Box 3025  New Albany, OH 43054 | Claim 000001, Payment 12.14240% | 7100-000 | | 645.37 | 5,354.88 |
| 12/15/11 | 000103 | Discover Bank  DB Servicing Corporation  PO Box 3025  New Albany, OH 43054 | Claim 000002, Payment 12.14230% | 7100-000 | | 567.32 | 4,787.56 |
| 12/15/11 | 000104 | Discover Bank  DB Servicing Corporation  PO Box 3025  New Albany, OH 43054 | Claim 000003, Payment 12.14192%  (3-1) Modified on 5/4/11 to correct  creditor address (GB). | 7100-000 | | 91.68 | 4,695.88 |
| 12/15/11 | 000105 | Commerce Bank  P O BOX 419248  KCREC-10  Kansas City, MO 64141-6248 | Claim 000004, Payment 12.14221% | 7100-000 | | 189.41 | 4,506.47 |
| 12/15/11 | 000106 | Chase Bank USA, N.A.  PO Box 15145  Wilmington, DE 19850-5145 | Claim 000005, Payment 12.14218% | 7100-000 | | 155.29 | 4,351.18 |
| 12/15/11 | 000107 | Chase Bank USA, N.A.  PO Box 15145  Wilmington, DE 19850-5145 | Claim 000006, Payment 12.14240% | 7100-000 | | 289.38 | 4,061.80 |
| 12/15/11 | 000108 | Chase Bank USA, N.A.  PO Box 15145 | Claim 000007, Payment 12.14227% | 7100-000 | | 519.37 | 3,542.43 |
| | | | Page Subtotals | | 7,500.28 | 3,957.85 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-05433 -ERW | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | BOATENG, AGNES S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2376 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8950 | | | |
| For Period Ending: | 02/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/15/11 | 000109 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 12.14235% | 7100-000 | | 620.02 | 2,922.41 |
| 12/15/11 | 000110 | US Bank N.A.<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201-5229 | Claim 000009, Payment 12.14242%<br>(9-1) unsecured cc 1970 | 7100-000 | | 609.44 | 2,312.97 |
| 12/15/11 | 000111 | ELAN FINANCIAL SERVICES<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201-5229 | Claim 000010, Payment 12.14217%<br>(10-1) unsecured cc 5761 | 7100-000 | | 290.21 | 2,022.76 |
| 12/15/11 | 000112 | Sallie Mae Inc., on behalf of the<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Claim 000011, Payment 12.14231% | 7100-000 | | 686.60 | 1,336.16 |
| 12/15/11 | 000113 | US BANK N A<br>POB 5229<br>CINCINNATI, OH 45201 | Claim 000012, Payment 12.14233%<br>(12-1) Credit Card 5165<br>(12-1)<br>Modified on 7/15/11 to correct creditor address (GB). | 7100-000 | | 1,336.16 | 0.00 |

Page Subtotals    0.00    3,542.43

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 11-05433 -ERW | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | BOATENG, AGNES S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2376  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8950 | | | |
| For Period Ending: | 02/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,500.28 | 7,500.28 | 0.00 |
| Less:  Bank Transfers/CD's | 7,500.28 | 0.00 | |
| Subtotal | 0.00 | 7,500.28 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,500.28 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******2224 | 7,500.28 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******2376 | 0.00 | 7,500.28 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 7,500.28 | 7,500.28 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   Robert B. Katz, Trustee   Date: 02/12/13
ROBERT B. KATZ, TRUSTEE

Page Subtotals     0.00     0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*